UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWEY JOE DUFF, | ) | Case No. 1:12-CV-00759-LJO-P |
| Petitioner, | ) | |
| | ) | <u>DEATH</u> <u>PENALTY</u> <u>CASE</u> |
| vs. | ) | |
| | ) | |
| KEVIN CHAPPELL, Acting Warden of San Quentin State Prison, | ) ) | Order Transferring Pro Se Filing Seeking Writ of Habeas Corpus to Sacramento Division |
| Respondent. | ) ) | |

On May 9, 2012, Petitioner Dewey Joe Duff, a state prisoner facing capital punishment, filed a pro se application for writ of habeas corpus, in the Fresno Division of the Eastern District of California, pursuant to 28 U.S.C. § 2254. Petitioner's application states that jurisdiction is properly before the United States District Court for the Eastern District of California, but he fails to indicate in which division of the Eastern District filing is appropriate. Based on the Condemned Inmate List on the California Department of Corrections and Rehabilitation's website, and verified by the Federal Defender's Office of the Eastern District of California, Petitioner was tried in Sacramento County. As such, filing of Petitioner's application is properly in the Sacramento Division of the Eastern District. Therefore, this case is transferred to the Sacramento

1 | Division.  Upon arrival there, a new case number will be assigned and a new
2 | judge assignment made, in accordance with the Court's procedures.
3 |
4 | IT IS SO ORDERED.
5 |
6 | DATED:     May 10, 2012
7 |                                              /s/ Lawrence J. O'Neill
8 |                                         United States District Judge