IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWEY JOE DUFF,

    Petitioner,                      No. 2:12-cv-01258 LKK KJN

    vs.                               DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.                 ORDER

_____/

        Petitioner, a condemned state prisoner proceeding pro se, has filed an application for a writ of habeas corpus. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

////

1            2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district, as well as a copy of this order.
3  DATE: May 16, 2012

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

7  duff dp.101a