IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWEY JOE DUFF, | | |
| | Petitioner, | No. 2:12-cv-01258 LKK KJN |
| | vs. | DEATH PENALTY CASE |
| WARDEN, San Quentin State Prison, | | |
| | Respondent. | ORDER |
| _____/ | | |

      Petitioner, a condemned state prisoner proceeding pro se, has filed an application for a writ of habeas corpus. On May 16, 2012, petitioner was directed to pay the filing fee or submit an application to proceed in forma pauperis. Petitioner has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition AND/OR obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Therefore, petitioner will be provided the opportunity to submit the completed application and/or the certified copy in support of his application to proceed in forma pauperis.

////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint AND/OR the certification required on the application form. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner.

DATE: June 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

duff 1258.3e