IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWEY JOE DUFF,

      Petitioner,                           No. 2:12-cv-01258 LKK KJN

      vs.                                      DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

      Respondent.                         ORDER

_____/

On June 12, 2012, this court ordered Mr. Duff to complete the paperwork for his application to proceed in forma pauperis.  Mr. Duff has now informed the court that he does have money to pay his filing fee, but is having some difficulty obtaining money from his trust account to pay the fee.  Mr. Duff requests the court's assistance in contacting the trust account office. While the court cannot make that request for him, the court will allow Mr. Duff an additional thirty days to submit either his filing fee or the paperwork identified in the June 12 order.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that the deadline for submission of either petitioner's filing fee, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint,  or the certification required on the in forma pauperis application form is extended an additional

1

Case 2:12-cv-01258-LKK-KJN   Document 10   Filed 06/26/12   Page 2 of 2

1  thirty days to August 11, 2012.  Petitioner is reminded that his failure to comply with this order
2  will result in a recommendation that this action be dismissed without prejudice.
3  DATE:  June 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7  duff 1258.3e eot

2