IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWEY JOE DUFF,

    Petitioner,           No. 2:12-cv-01258 LKK KJN

  vs.                   DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.        ORDER
_____/

        Petitioner, a condemned inmate proceeding without counsel or "pro se," initiated this action by filing a document entitled "Writ of Habeas Corpus" on May 9, 2012. This court previously recommended dismissal of the petition for petitioner's failure to pay his filing fee or perfect his in forma pauperis application. (Dkt. No. 13.) However, Local Rule 191(e) provides that no filing fee is required in a capital habeas proceeding so that recommendation was in error.

        Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

        1. The October 31, 2012 Findings and Recommendations (Dkt. No. 13) are withdrawn.

////

////

////

1

2. This action is referred to the Selection Board pursuant to Local Rule 191(c) for recommendation of counsel to represent petitioner.[1] The Selection Board is advised that this court's first request of appointed counsel will be a determination of whether or not this action should be withdrawn based on the pendency of proceedings in the California Supreme Court.

DATE: January 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

duff atty ref.or

---

[1] Local Rule 191 applies to proceedings brought under 28 U.S.C. § 2254. Local Rule 191(a). The petition herein states that it is an action under 28 U.S.C. § 2241. The court's application of Local Rule 191 should not be construed as a determination by this court that petitioner is proceeding appropriately under section 2254. Rather, because petitioner appears to seek habeas corpus relief from his conviction and death sentence, this court finds it appropriate to heed the requirements of Local Rule 191(c) requiring appointment of counsel.

2