IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWEY JOE DUFF, | | |
| | Petitioner, | No. 2:12-cv-01258 LKK KJN |
| | vs. | DEATH PENALTY CASE |
| WARDEN,<br> San Quentin State Prison, | | |
| | Respondent. | ORDER |
| _____/ | | |

     The Selection Board has recommended appointment of James Thomson to represent petitioner in this matter.

     Good cause appearing, IT IS HEREBY ORDERED that James Thomson, Attorney & Counselor at Law, 819 Delaware Street, Berkeley, CA 94710, (510) 525-9123, shall represent petitioner pursuant to 18 U.S.C. § 3599 and Local Rule 191(c).

////

////

////

////

////

1   The Clerk of the Court is directed to serve copies of this order on Mr. Thomson;
2  on the Warden of San Quentin State Prison; on the Attorney General of the State of California;
3  and on Kurt Heiser, CJA Administrator, Office of the Federal Defender.
4  DATE:  March 6, 2013

6  _____
7  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

8  duff appt.or