1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEWEY JOE DUFF,

11              Petitioner,              No. 2:12-cv-01258 LKK KJN

12        vs.                           DEATH PENALTY CASE

13   WARDEN,
      San Quentin State Prison,
14
                Respondent.             FINDINGS & RECOMMENDATIONS
15
     _____/
16

17              Petitioner is a state prisoner under sentence of death.  On May 9, 2012, he filed

18   with this court a petition for writ of habeas corpus under 28 U.S.C. § 2241.  On March 6, 2013,

19   the court appointed counsel to represent petitioner in these proceedings.

20              This court lacks jurisdiction to consider petitioner's claims under 28 U.S.C.

21   §2241.  Because petitioner "was 'in custody pursuant to a state court judgment' at the time he

22   filed his federal habeas petition, 28 U.S.C. § 2254 is the proper jurisdictional basis for his habeas

23   petition."  White v. Lambert, 370 F.3d 1002, 1006-08 (9th Cir. 2004), overruled on other grounds

24   ////

25   ////

26   ////

1

1  by Hayward v. Marshall, 603 F.3d 546, 554 (9th Cir. 2010);[1] Weaver v. Chappell, 2012 WL

2  3999848 (S.D. Cal. Sept. 10, 2012).

3         Accordingly, this court HEREBY RECOMMENDS that petitioner's petition be

4  dismissed without prejudice.

5         These findings and recommendations are submitted to the United States District

6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

7  days after being served with these findings and recommendations, any party may file written

8  objections with the court and serve a copy on all parties.  Such a document should be captioned

9  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that

10  failure to file objections within the specified time may waive the right to appeal the District

11  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12  DATED: November 12, 2013

13

14                                    _Kendall J. Newman_____

15                                    KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

16  duff 2.fr

17

18

19

20

21

22

23

24

25     [1]  In Washington v. Swarthout, 2011 WL 333318 (E.D. Cal. Jan. 31, 2011), this court
    recognized that the United States Supreme Court essentially overruled Hayward in Swarthout v.
26  Cooke, 131 S. Ct. 859 (2011).